UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>LENNY REYES,<br><br>Defendant. | 23 Cr. 00460 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court will hold an initial conference in this matter on **September 14, 2023** at **12:30 p.m.** in Courtroom 12B, 500 Pearl Street, New York, NY 10007.  At the conference, the Government shall recite the procedural history of this case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials. Counsel for the parties shall consult in advance to agree, if possible, on a month for trial, as well as a schedule for motions and the exchange of expert statements.

      SO ORDERED.

Dated: September 8, 2023
       New York, New York

                                             _____
                                             JENNIFER H. REARDEN
                                             United States District Judge