UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

LENNY REYES,

Defendant.

23 Cr. 00460 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

It is hereby ORDERED that:

1. Trial will commence on **April 8, 2024** at **9:30 a.m.**

2. Defendant's pretrial motions shall be filed by **January 18, 2024**; oppositions shall be filed by **February 1, 2024**; and any replies shall be filed by **February 8, 2024**.

3. Any motions *in limine*, proposed *voir dire*, requests to charge, and proposed verdict forms shall be filed by **March 11, 2024**.  Any oppositions to those materials shall be filed by **March 18, 2024**, and any replies by **March 22, 2024**.  The parties are directed to Rule 8 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and materials pursuant to 18 U.S.C. § 3500.

4. A final pretrial conference will be held on **March 28, 2024** at **2:30 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: November 6, 2023
       New York, New York

JENNIFER H. REARDEN
United States District Judge