# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 11, 2024

*Application GRANTED.*

*The parties' pretrial motion deadlines are extended as follows: pretrial motions are due January 25, 2024; oppositions are due February 8, 2024; and any replies are due February 15, 2024.*

*The Clerk of Court is directed to terminate ECF No. 24.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Date: January 12, 2024*

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Lenny Reyes*, 23 Cr. 460 (JHR)

Dear Judge Rearden:

I write with the Government's consent to request a one-week extension of Mr. Reyes's January 18, 2024 deadline to file pretrial motions and a one-week extension of the deadlines for oppositions and replies. I currently have motion deadlines of January 18 and 19, 2024 in four separate cases and would therefore appreciate a bit more time to file motions for Mr. Reyes. At this time, I am not seeking an adjournment of Mr. Reyes's trial date or the Court's deadlines for motions in limine. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:   Henry Ross, Assistant U.S. Attorney