UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          -v.-<br><br>LENNY REYES,<br><br>                    Defendant. | 23 Cr. 00460 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On January 11, 2024, Defendant requested an extension of the pretrial motion deadlines established by the Court's November 6, 2023 Order.  The Court granted Defendant's application. Under that extended briefing schedule, Defendant's motion to dismiss the Indictment was fully submitted as of February 15, 2024.  Having carefully considered the parties' papers, the Court denies Defendant's motion.  The bases for the Court's decision will issue in due course.

On March 6, 2024, citing an interest in receiving a ruling on Defendant's motion to dismiss before moving forward, Defendant requested an additional extension: a 45-day adjournment of the April 8, 2024 trial date and all related pretrial deadlines.  That application is also denied.  As an accommodation, the Court will briefly extend the pretrial deadlines, as follows:

- Any motions *in limine*, proposed *voir dire*, requests to charge, and proposed verdict forms shall be filed by **March 13, 2024**.

- Any oppositions to those materials shall be filed by **March 20, 2024**.

- Any replies shall be filed by **March 25, 2024**.

The Clerk of Court is directed to terminate ECF Nos. 26 and 33.

SO ORDERED.

Dated: March 7, 2024
New York, New York

JENNIFER H. REARDEN
United States District Judge