UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -v.-<br><br>LENNY REYES,<br>                                    Defendant. | 24 Cr. 00460 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant Lenny Reyes may wish to enter a change of plea. Accordingly, on **April 4, 2024** at **2:30 p.m.**, a plea proceeding will take place in Courtroom 12B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 11, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge