UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -v.-<br><br>LENNY REYES,<br><br>                          Defendant. | 24 Cr. 00460 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      In connection with Defendant's forthcoming change-of-plea proceeding, the Government has submitted to the Court a *Pimentel* letter dated August 10, 2023.  The August 10 letter, which purports to set forth the Government's "current position . . . regarding the application of the United States Sentencing Guidelines ("U.S.S.G." or "Guidelines") to [D]efendant," applies the November 2021 edition of the Guidelines.

      To the extent the Government's position is that the recently promulgated November 2023 edition of the Guidelines applies, *see United States v. Rodriguez*, 989 F.2d 583, 587 (2d Cir. 1993) ("[a] sentencing court must generally apply the version of the Guidelines that is in effect at the time of sentencing"), then by **9:00 a.m. on April 4, 2024**, the Government shall submit a revised *Pimentel* letter reflecting its calculation of Defendant's Guidelines range under the November 2023 Guidelines, in addition to any other updates bearing on its current position regarding the application of the Guidelines to Defendant's case.

      SO ORDERED.

Dated: April 3, 2024
       New York, New York

                                                                                 _____
                                                                               JENNIFER H. REARDEN
                                                                               United States District Judge