UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

LENNY REYES,

                    Defendant.

24 Cr. 00460 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

The Probation Department has contacted the Court regarding the disclosure of the final presentence report, which is due June 26, 2024. Probation requests that the final disclosure deadline be extended to July 1, 2024, so that it has sufficient time to address the objections and responses submitted by the parties. The requested extension is hereby granted.

In view of the foregoing, the parties' sentencing submission deadlines are reset as follows:

    (1) Defendant's submission shall be filed by **September 9, 2024**; and

    (2) the Government's submission shall be filed by **September 23, 2024**.

SO ORDERED.

Dated: June 26, 2024
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge